UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RANDY LUNDY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No:  5:22-cv-00699-F |
| | ) | |
| OLD REPUBLIC INSURANCE COMPANY OF CANADA, | ) | |
| HIGHLIGHT MOTOR FREIGHT USA, INC., | ) | |
| OLD REPUBLIC INSURANCE COMPANY | ) | |
| and OGNJEN MILANOVIC, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>AFFIDAVIT OF MARG LEFLER</u>**

I, Marg Lefler, under penalties as provided by law pursuant to the Federal Rules of

Civil Procedure, certify that the statements set forth herein are true and correct and that, if

called upon to testify in the above-captioned case, I could competently testify to the

following statements based upon my personal knowledge.

1.      I am an Assistant Vice President of Claims for Old Republic Insurance

Company of Canada ("Old Republic"), a Canadian Corporation located in City of Hamilton,

Provence of Ontario, Canada.

2.      In my position as an Assistant Vice President of Claims, I have become

familiar with the history, organization and activities of Old Republic, a company that is

engaged in providing insurance.

3.      In my position as an Assistant Vice President of Claims, I am also familiar

with its corporate records and documents, which include records of Old Republic's

corporate registration.

4.      Old Republic is a company that is organized and existing under the laws of the Provence of Ontario, Canada.

5.      Old Republic's principal place of business and corporate headquarters are located in the City of Hamilton, Provence of Ontario, Canada.

6.      Old Republic is not incorporated nor does it have a principal place of business in the State of Oklahoma.

7.      I have reviewed the Complaint in this matter, which generally alleges that plaintiff sustained property damages resulting from an August 8, 2020 motor vehicle collision with a vehicle operated by Ognjen Milanovic ("Mr. Milanovic") who was employed by HL Motor Group, Inc. and/or Highlight Motor Freight USA, Inc.

8.      Based on my review of HL Motor Group, Inc.'s police of liability insurance, on August 8, 2020, Old Republic Insurance Company of Canada provided insurance coverage for the actions and damages alleged in the Complaint.

_____
Marg Lefler

75944-45