UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EARLENE CARR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: |
| | ) |
| HL MOTOR GROUP, INC., | ) |
| HIGHLIGHT MOTOR FREIGHT USA, INC., | ) |
| OLD REPUBLIC INSURANCE COMPANY, | ) |
| GALLAGHER BASSETT SERVICES, INC., | ) |
| and OGNJEN MILANOVIC, | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF MARK ROMANOWSKI

I, Mark Romanowski, under penalties as provided by law pursuant to the Federal Rules of Civil Procedure, certify that the statements set forth herein are true and correct and that, if called upon to testify in the above-captioned case, I could competently testify to the following statements based upon my personal knowledge.

1. I am Senior Resolution Manager for Gallagher Bassett Services, Inc., an Australian corporation whose North American headquarters are located in Illinois.

2. In my position as Senior Resolution Manager, I have become familiar with the history, organization and activities of Gallagher Bassett Services, Inc., a company that is engaged in providing third-party claims administration for insurance claims and litigation.

3. Gallagher Bassett is not incorporated nor does it have a principal place of business in the State of Oklahoma.

*Mark Romanowski* - esigned 09/02/2022

Mark Romanowski