**OKLAHOMA State Courts Network**

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>CANADIAN COUNTY</u>, OKLAHOMA

| | |
|---|---|
| EARLENE CARR,<br>    Plaintiff,<br>v.<br>OGNJEN MILANOVIC,<br><br>HL MOTOR GROUP, INC,<br><br>HIGHLIGHT MOTOR FREIGHT USA INC,<br><br>OLD REPUBLIC INSURANCE COMPANY,<br><br>GALLAGHER BASSETT SERVICES INC,<br><br>    Defendants. | No. CJ-2022-446<br>**(Civil relief more than $10,000: AUTO NEGLIGENCE)**<br><br>Filed: 08/05/2022<br><br>Judge: McCurdy, Jack |

# PARTIES

CARR,  EARLENE, Plaintiff
GALLAGHER BASSETT SERVICES INC, Defendant
HIGHLIGHT MOTOR FREIGHT USA INC, Defendant
HL MOTOR GROUP, INC, Defendant
MILANOVIC,  OGNJEN, Defendant
OLD REPUBLIC INSURANCE COMPANY, Defendant

# ATTORNEYS

**Attorney**
BLACKWOOD,  AMANDA  R (Bar #33839)
512 NW 12TH STREET
OKLAHOMA CITY, OK 73103

**Represented Parties**
CARR,   EARLENE

# EVENTS

None

# ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

| Issue # 1. | Issue: AUTO NEGLIGENCE (AUTONEG) |
|---|---|
| | Filed By: CARR, EARLENE |
| | Filed Date: 08/05/2022 |

| Party Name | Disposition Information |
|---|---|
| **Defendant:** MILANOVIC, OGNJEN | |
| **Defendant:** HL MOTOR GROUP, INC | |
| **Defendant:** HIGHLIGHT MOTOR FREIGHT USA INC | |
| **Defendant:** OLD REPUBLIC INSURANCE COMPANY | |
| **Defendant:** GALLAGHER BASSETT SERVICES INC | |

# DOCKET

| Date | Code | Description | Party | Count | Amount |
|---|---|---|---|---|---|
| 08-05-2022 | [ TEXT ] | | CARR, EARLENE | #1 | |
| | | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. PETITION FILED | | | |
| | | Document Available (#1052939198) TIFF  PDF | | | |
| 08-05-2022 | [ AUTONEG ] | | | | |
| | | AUTO NEGLIGENCE | | | |
| 08-05-2022 | [ DMFE ] | | | | $ 7.00 |
| | | DISPUTE MEDIATION FEE | | | |
| 08-05-2022 | [ PFE1 ] | | | | $ 163.00 |
| | | PETITION | | | |
| 08-05-2022 | [ PFE7 ] | | | | $ 6.00 |
| | | LAW LIBRARY FEE | | | |
| 08-05-2022 | [ OCISR ] | | | | $ 25.00 |
| | | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | |
| 08-05-2022 | [ OCJC ] | | | | $ 1.55 |
| | | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | |
| 08-05-2022 | [ OCASA ] | | | | $ 5.00 |
| | | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | | |
| 08-05-2022 | [ SSFCHSCPC ] | | | | |
| | | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | |
| 08-05-2022 | [ CCADMINCSF ] | | | | |
| | | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | |

| Date | Code | Amount |
|---|---|---|
| 08-05-2022 | [ CCADMIN0155 ]  COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | $ 0.16 |
| 08-05-2022 | [ SJFIS ]  STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | $ 0.45 |
| 08-05-2022 | [ DCADMIN155 ]  DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | $ 0.23 |
| 08-05-2022 | [ DCADMIN05 ]  DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | $ 0.75 |
| 08-05-2022 | [ DCADMINCSF ]  DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | |
| 08-05-2022 | [ CCRMPF ]  COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE | $ 10.00 |
| 08-05-2022 | [ CCADMIN04 ]  COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | $ 0.50 |
| 08-05-2022 | [ LTF ]  LENGTHY TRIAL FUND | $ 10.00 |
| 08-05-2022 | [ TEXT ]  OCIS HAS AUTOMATICALLY ASSIGNED JUDGE MCCURDY, JACK TO THIS CASE. | |
| 08-05-2022 | [ ACCOUNT ]  RECEIPT # 2022-710649 ON 08/05/2022.  PAYOR: BLACKWOOD LAW FIRM PLLC TOTAL AMOUNT PAID: $ 229.64.  LINE ITEMS:  CJ-2022-446: $163.00 ON AC01 CLERK FEES.  CJ-2022-446: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.  CJ-2022-446: $0.66 ON AC31 COURT CLERK REVOLVING FUND.  CJ-2022-446: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.  CJ-2022-446: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.  CJ-2022-446: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.  CJ-2022-446: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.  CJ-2022-446: $0.98 ON AC67 DISTRICT COURT REVOLVING FUND.  CJ-2022-446: $25.00 ON AC79 OCIS REVOLVING FUND.  CJ-2022-446: $10.00 ON AC81 LENGTHY TRIAL FUND.  CJ-2022-446: $10.00 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE. | |
| 08-22-2022 | [ SMIP ]  SUMMONS ISSUED FOR SERVICE  Document Available (#1053344556) 🗎TIFF  📄PDF | $ 20.00 |
| 08-22-2022 | [ SMIP ]  SUMMONS ISSUED FOR SERVICE  Document Available (#1053344560) 🗎TIFF  📄PDF | |

**08-22-2022  [ ACCOUNT ]** RECEIPT # 2022-712094 ON 08/22/2022.
PAYOR: BLACKWOOD LAW FIRM PLLC TOTAL AMOUNT PAID: $ 20.00.
LINE ITEMS:
CJ-2022-446: $20.00 ON AC01 CLERK FEES.