IN THE DISTRICT COURT OF CANADIAN COUNTY
STATE OF OKLAHOMA



| | |
|---|---|
| EARLENE CARR, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CJ-2022-446 |
| | ) |
| OGNJEN MILANOVIC, | ) |
| | ) |
| HL MOTOR GROUP, INC, | ) |
| | ) |
| HIGHLIGHT MOTOR FREIGHT USA, INC., | ) |
| | ) **ATTORNEY FOR PLAINTIFF:** |
| | ) Amanda R. Blackwood, OBA#33839 |
| OLD REPUBLIC INSURANCE COMPANY, and | ) 512 NW 12th Street |
| | ) Oklahoma City, OK 73103 |
| GALLAGHER BASSET SERVICES, INC., | ) Phone: 405.232.6358 |
| | ) Fax: 405.378.4466 |
| Defendants. | ) |

ISSUED

8/22/22
MARIE HIRST
COURT CLERK CANADIAN COUNTY

**SUMMONS**

TO: Old Republic Insurance Company
c/o Glen Mulready, Commissioner
Oklahoma Insurance Department
400 NE 50th Street
Oklahoma City, OK 73105

You have been sued by the above-named Petitioner and you are directed to file a written answer to the attached petition in the court at the above address within **twenty (20)** days after service of this Summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for Plaintiff. Unless you answer the Petition within the time stated, judgment will be rendered against you with the costs of this litigation.

Issued this 22 day of August 2022.

CANADIAN COUNTY COURT CLERK

By: _____
Deputy Court Clerk

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATE IN THE SUMMONS.**

THIS SUMMONS WAS SERVED ON _____.
Date of Service.

_____ Signature of person serving Summons.