IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EARLENE CARR | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | )   Case No. 5:22-CV-00782-JD |
| | ) |
| OGNJEN MILANOVIC, HL MOTOR GROUP, INC. HIGHLIGHT MOTOR FREIGHT USA, INC., OLD REPUBLIC INSURANCE COMPANY, and GALLAGHER BASSET SERVICES, INC. | ) |
| | ) |
| Defendant(s) | ) |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendants, Ognjen Milanovic, HL Motor Group, Inc., Highlight Motor Freight USA, Inc., Old Republic Insurance Company and Gallagher Basset Sevices, Inc.
(Plaintiff/Defendant)         (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Jeremy K. Schrag          9/8/2022
Signature                    Date

Jeremy K. Schrag
Print Name

Lewis Brisbois Bisgaard & Smith LLP
Firm

Criminal Cases Only:

☐ Retained or USA

1605 N. Waterfront Parkway, Suite 150
Address

☐ CJA Appointment

Wichita          KS          67206
City             State       Zip Code

☐ Federal Public Defender

316-609-7900
Telephone

☐ Pro Bono

☐ CJA Training Panel

jeremy.schrag@lewisbrisbois.com
Internet E-mail Address

REVISED 05/14/18

## Certificate of Service

☐ I hereby certify that on _____, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☑ I hereby certify that on September 8, 2022, I filed the attached document with the Clerk of the Court and served the attached document by electronic mail on the following, who are not registered participants of the ECF System:

Amanda R. Blackwood
amanda@blackwoodlawfirm.com

s/ Jeremy K. Schrag
s/ Attorney Name