IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EARLENE CARR,<br><br>       Plaintiff,<br><br>v.<br><br>OGNJEN MILANOVIC, HL MOTOR GROUP, INC., HIGHLIGHT MOTOR FREIGHT USA, INC., OLD REPUBLIC INSURANCE COMPANY, and GALLAGHER BASSET SERVICES, INC.,<br><br>       Defendants. | CASE NO. 5:22-CV-00782-JD |

## MOTION FOR RELIEF OF LOCAL RULE 83.3(A)

Pursuant to LCvR 83.3(c), Defendants Ognjen Milanovic, HL Motor Group, Inc. Highlight Motor Freight USA, Inc., Old Republic Insurance Company, and Gallagher Basset Services, Inc., ("Defendants") move for leave to proceed without local counsel as defined in LCvR 83.3(a). In support of their motion, Defendants simultaneously file a Brief in Support of this Motion for Relief of Local Rule 83.3(A).

/s/ Jeremy K. Schrag
Jeremy K. Schrag, OBA # 33429
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 North Waterfront Parkway, Suite 150
Wichita, Kansas 67206
Telephone: 316-609-7900
Facsimile:  316-462-5746
jeremy.schrag@lewisbrisbois.com

*Attorney for Defendants*

4865-5450-7313.1

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2022, I filed the above Motion for Relief of Local Rule 83.3(A) using the Court's electronic filing system which will send notice to all counsel of record and also sent a copy by electronic mail to:

Amanda R. Blackwood
amanda@blackwoodlawfirm.com

*Attorney for Plaintiff*

/s/ Jeremy K. Schrag
Jeremy K. Schrag

4865-5450-7313.1