IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EARLENE CARR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-22-00782-JD |
| | ) |
| HL MOTOR GROUP, INC.; | ) |
| HIGHLIGHT MOTOR FREIGHT USA, | ) |
| INC.; OLD REPUBLIC INSURANCE | ) |
| COMPANY; GALLAGHER BASSETT | ) |
| SERVICES, INC.; and | ) |
| OGNJEN MILANOVIC, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is Defendants' Motion for Relief of Local Rule 83.3(a) ("Motion") and Brief ("Brief"). [Doc. Nos. 6, 7]. Local Civil Rule 83.3(a) states: "[A]ny attorney who is not a resident of, and does not maintain an office in, Oklahoma shall show association with an attorney who is personally appearing in the action and who is a resident of Oklahoma and maintains a law office within the State of Oklahoma, and who has been duly and regularly admitted to practice in this court." Defendants seek relief from this requirement under LCvR83.3(c), contending that their counsel Jeremy Schrag "has special qualifications and familiarity with local practice that negates the need for local residential counsel . . . ." Brief at 1.

Under LCvR83.3(c), and for good cause shown, the Court GRANTS the Motion and permits Jeremy Schrag to appear for Defendants without association of local counsel in this action. Mr. Schrag will be expected to abide by all local rules and requirements.

Failure to do so may result in vacatur of this Order, which would then require that counsel associate with local counsel.

    IT IS SO ORDERED this 16th day of September 2022.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE