# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EARLENE CARR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-22-00782-JD ) |
| HL MOTOR GROUP, INC.; HIGHLIGHT MOTOR FREIGHT USA, INC.; OLD REPUBLIC INSURANCE COMPANY; GALLAGHER BASSETT SERVICES, INC.; and OGNJEN MILANOVIC, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## **ORDER**

A review of the filings in this case reveals that the Certificate of Interested Persons and Corporate Disclosure Statement filed by Defendants HL Motor Group, Inc., Highlight Motor Freight USA, Inc., Old Republic Insurance Company, Gallagher Bassett Services, Inc., and Ognjen Milanovic [Doc. No. 3] is not compliant with the Court's requirements.

Defendants HL Motor Group, Inc., Highlight Motor Freight USA, Inc., Old Republic Insurance Company, and Gallagher Bassett Services, Inc. are to each file a separate disclosure statement complying with LCvR7.1.1 and Federal Rule of Civil Procedure 7.1(a), as applicable, within seven days of today, or by September 23, 2022. A form corporate disclosure statement is available on the Court's website for parties that are corporations; otherwise, a party formed as a limited liability company or partnership must comply with LCvR7.1.1.

IT IS SO ORDERED this 16th of September 2022.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE