IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EARLENE CARR,<br><br>    Plaintiff,<br><br>v.<br><br>OGNJEN MILANOVIC, HL MOTOR GROUP, INC., HIGHLIGHT MOTOR FREIGHT USA, INC., OLD REPUBLIC INSURANCE COMPANY, and GALLAGHER BASSET SERVICES, INC.,<br><br>    Defendants. | CASE NO. 5:22-CV-00782-JD |

## NOTICE OF COMPANION CASES PURSUANT TO LOCAL RULE 3.7

Defendants Ognjen Milanovic, HL Motor Group, Inc., Highlight Motor Freight USA, Inc. Old Republic Insurance Company, and Gallagher Basset Services, Inc. ("Defendants"), by their counsel of record, and pursuant to LCvR3.7, advise this Court of the following related and/or companion cases involving common issues of fact and arise from the same August 8, 2020 accident in or near Oklahoma City, Oklahoma County, Oklahoma:

    1.    *Randy Lundy v. HL Motor Group, Inc.*, *Highlight Motor Freight USA, Inc.*, *Old Republic Insurance Company*, and *Ognjen Milanovic.*, Case No. 5:22-CV-00699-F. This matter is currently pending before the Honorable Stephen P. Friot.

2. *Farmers Mutual Fire Insurance Company of Okarche v. HL Motor Group, Inc. of Richmond Ontario and Ognjen Milanovic*, Case No. 5:22-CV-00752-F. This matter is currently pending before the Honorable Stephen P. Friot.

/s/ Jeremy K. Schrag
Jeremy K. Schrag, OBA # 33429
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 North Waterfront Parkway, Suite 150
Wichita, Kansas 67206
Telephone: 316-609-7900
Facsimile: 316-462-5746
jeremy.schrag@lewisbrisbois.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2022, I filed the above Notice of Companion Cases Pursuant to Local Rule 3.7 using the Court's electronic filing system which will send notice to all counsel of record and also sent a copy by electronic mail to:

Amanda Blackwood
amanda@blackwoodlawfirm.com

*Attorney for Plaintiff*

/s/ Jeremy K. Schrag
Jeremy K. Schrag