# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

Date: September 28, 2022

| | | |
|---|---|---|
| EARLENE CARR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-22-00782-JD |
| | ) | |
| HL MOTOR GROUP INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ENTER ORDER:**

Case transferred to _____ Judge Stephen P. Friot _____.

HEREAFTER, PLEASE REFER TO CASE AS: CIV-22-00782-F.

Please note that for future filings in this case, the letter at the end of the number should now be a(n) **"F"** rather than a(n) **"JD".** This is important to ensure the prompt distribution of pleadings to the proper judge.

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

CARMELITA REEDER SHINN, CLERK

By: /s/ *Nyssa Vasquez*
Deputy Clerk